# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 644 MAL 2014
:
             Respondent      :
: Petition for Allowance of Appeal from the
              v.            : Order of the Superior Court
:
:
:
SHAWN ANTHONY THOMPSON,  :
:
             Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.